NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3015

KEVIN F. CORADESCHI,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board in NY0752040163-A-1.

Before DYK, Circuit Judge.

## O R D E R

Kevin C. Coradeschi submits correspondence notifying the court how he believes this case should proceed in light of the court's decision in Ramos v. Department of Justice, 2008-3093. The court considers whether the Department of Homeland Security should be directed to respond how it believes this case should proceed.

Upon consideration thereof,

IT IS ORDERED THAT:

The Department of Homeland Security is directed to respond within 14 days of the date of filing of this order how it believes this petition for review should proceed.

FOR THE COURT

FEB 2 4 2009
_____
Date

cc:  Hililary A. Stern, Esq.
     Thomas G. Roth, Esq.
s20

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2009

JAN HORBALY
CLERK